# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KENNETH PHILLIP JACKSON,                    :    No. 17 WM 2021
                                            :
               Petitioner                   :
                                            :
                                            :
               v.                           :
                                            :
                                            :
COURT OF COMMON PLEAS OF                     :
ALLEGHENY COUNTY,                           :
                                            :
               Respondent                   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of May, 2021, the Application for Leave to File Original

Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief

is DENIED.